**Judge Hellerstein**

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

NORMAN SOLOVAY, AS ASSIGNEE OF
HARTMAN & CRAVEN, LLP, and on behalf of
THE SARCONE LAW FIRM,

        Plaintiffs,

-against-

EDWARD MCMAHON and PAMELA MCMAHON,

        Defendants.

**RULE 7.1 STATEMENT**

Case No. 08-CV- 

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF THE UNITED STATES DISTRICT COURT AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, AN INDIVIDUAL AND PRIVATE PARTY, CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

NONE

DATED:    Mineola, New York
                July 28, 2008

Respectfully submitted,

s/ _____
Michael L. Shanker (MLS-2138) for
**SHANKER LAW GROUP**
ATTORNEYS & COUNSELLORS
*Attorneys for Plaintiff*
*Office & P.O. Address*
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000
Our File Number: 2062/001

Case No.

# United States District Court
## SOUTHERN DISTRICT COURT OF NEW YORK

NORMAN SOLOVAY, AS ASSIGNEE OF
HARTMAN & CRAVEN, LLP, and on behalf of
THE SARCONE LAW FIRM,

Plaintiff,

-against-

EDWARD MCMAHON and PAMELA MCMAHON,

Defendants,

### RULE 7.1 STATEMENT

**SHANKER LAW GROUP**
—ATTORNEYS & COUNSELLORS—

*Attorneys for Plaintiff*
*Office & P.O. Address*
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000
Our File Number: 2062/001