UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
NORMAN SOLOVAY, AS ASSIGNEE OF :
HARTMAN & CRAVEN, LLP, and on behalf of :
THE SARCONE LAW FIRM, :
: **ORDER**
Plaintiffs, :
: 08 Civ. 6793 (AKH)
-against- :
:
EDWARD MCMAHON and PAMELA :
MCMAHON, :
:
Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, it is hereby:

    ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

    SO ORDERED.

Dated: New York, New York
       April 27, 2009

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1